No. 91–923.  GEARY DISTRIBUTING CO., INC. v. ALL BRAND IMPORTERS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 91–925.  GREATER SOUTH SUBURBAN BOARD OF REALTORS ET AL. v. CITY OF BLUE ISLAND ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–927.  TE-CHIA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91–928.  TAYLOR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 91–930.  FOSTER ET UX. v. NORTH TEXAS PRODUCTION CREDIT ASSN.  C. A. 5th Cir.  Certiorari denied.

No. 91–935.  DEFRIES ET AL. v. LICENSED DIVISION, DISTRICT No. 1—MEBA/NMU, AFL–CIO.  C. A. 4th Cir.  Certiorari denied.

No. 91–936.  THOMPSON v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–939.  DELGADO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–940.  COUNTY OF SAN DIEGO ET AL. v. REDMAN.  C. A. 9th Cir.  Certiorari denied.

No. 91–945.  OSADCHY v. DEPARTMENT OF THE ARMY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–951.  OKSANEN v. PAGE MEMORIAL HOSPITAL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–955.  PROPST v. WEIR ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 91–958.  STAY, INC. v. CHENEY, SECRETARY OF DEFENSE, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 91–960.  MASTRANDREA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.